ROBERT J. McCLARE, APPELLANT, v. TASTY BAKING CO., RESPONDENT.

Submitted May 29, 1942—Decided September 18, 1942.

For the appellant, *Leo S. Carney.*

For the respondent, *Edward R. McGlynn.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Case, Heher, Colie, Dear, Wells, Rafferty, Hague, Thompson, JJ.   11.

*For reversal*—Donges, J.   1.